IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,

       Plaintiff,                No. CIV S-08-0074 LKK GGH P

   vs.

T. FELKER, et al.,

       Defendants.        <u>ORDER</u>

_____/

       Plaintiff, a prisoner proceeding pro se, seeks leave to proceed in forma pauperis in a civil rights action. <u>See</u> 42 U.S.C. § 1983; 28 U.S.C. § 1915. To obtain leave to proceed in forma pauperis, plaintiff must file an affidavit itemizing his assets and stating he is unable to prepay the filing fee or give security therefor with a certified copy of his trust account statement, or institutional equivalent, for the six month period immediately preceding the filing of the complaint. 28 U.S.C. 1915 § 1915(a)(1), (2). Plaintiff's trust account statement is not certified and the certificate portion of his application to proceed in forma pauperis, which is the institutional equivalent of certification, is incomplete.

       Accordingly, plaintiff shall, within thirty days from the date of this order, file either a certified copy of his trust account statement for the six month period immediately preceding the filing of the complaint or a complete application in support of his request to

proceed in forma pauperis on the form provided by the Clerk of the Court. The Clerk of the Court is directed to send plaintiff an application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in my recommending this action be dismissed without prejudice.

So ordered.

DATED: 02/04/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:cm
ryle0074.3c+n