IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,

        Plaintiff,                    No. CIV S-08-0074 LKK GGH P

    vs.

T. FELKER, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to submit an application to proceed in forma pauperis pursuant the court's order of February 4, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 13, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted twenty days from the date of this order in which to submit an application to proceed in forma pauperis.

DATED: 02/20/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
ryle0074.36ifp