IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,

        Plaintiff,                   No. CIV S-08-0074 LKK GGH P

    vs.

T. FELKER, et al.,

        Defendants.         ORDER

_____/

        Plaintiff has requested an extension of time to file his amended complaint pursuant to the court's order of April 28, 2008. Also, plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 12, 2008 request for an extension of time (Docket #13) is granted;

1      2. Plaintiff is granted thirty days from the date of this order in which to file his

2 amended complaint; and

3      3. Plaintiff's May 12, 2008 request for the appointment of counsel (Docket #13)

4 is denied.

5 DATED: 05/20/08

           /s/ Gregory G. Hollows

           GREGORY G. HOLLOWS
           UNITED STATES MAGISTRATE JUDGE

GGH:ja
ryle0074.36+31