IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,                )   No. 2:08-cv-00074-SPK
                           )
    Plaintiff,         )
                           )
  v.                       )
                           )
T. FELKER, ET AL.,         )
                           )
    Defendants.        )
_____)

ORDER GRANTING MOTION FOR EXTENSION OF TIME

    Plaintiff Amos Ryles is a state prisoner proceeding pro se.  Plaintiff's complaint has been dismissed with leave granted to file an amended complaint. Plaintiff has filed a Motion for Extension of Time [doc. 24], requesting an extension of time within which to file an amended complaint attempting to state a claim.  Plaintiff's Motion is GRANTED.  An amended complaint shall be filed within **two weeks (or 14 days)** of this order.  If an amended complaint is not timely filed, Judgment will issue based upon prior orders.

    IT IS SO ORDERED.

    DATED:  February 4, 2010.



_____
Samuel P. King
Senior United States District Judge